[No. 45203-1-II.  Division Two.  November 3, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY T. CLARK, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 11-1-00052-6, John R. Hickman, J., entered July 26, 2013. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Bjorgen, J., concurred in by Johanson, C.J., and Sutton, J.

[No. 45502-1-II.  Division Two.  November 3, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES NATHANIEL PARKER, *Appellant*.

Appeal from a judgment of the Superior Court for Jefferson County, No. 07-1-00211-7, Keith C. Harper, J., entered October 11, 2013. *Remanded with instructions* by unpublished opinion per Maxa, J., concurred in by Johanson, C.J., and Lee, J.